UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SOUTHERLAND,<br><br>Defendant. | Case No. CR18-106<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release" (Dkt. # 31). The Court, having reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a), DENIES defendant's motion. While the Court commends defendant's many accomplishments on supervised release, it remains concerned by the two matters referred to in Probation Officer Prescott's report. Namely, defendant's violation of his probation officer's cease contact order and his use of alcohol.

If Mr. Southerland can recover from these missteps and avoid further violations or problems on supervised release between now and May 2023, the Court encourages him to submit a revised motion for early termination of supervised release. However, in avoiding further violations, the Court expects defendant to follow his current conditions of supervised release to the letter. This includes abstaining from alcohol and ceasing contact with individuals his probation officer has ordered him not to have contact with.

IT IS SO ORDERED.

ORDER DENYING DEFENDANT'S
MOTION FOR TERMINATION - 1

DATED this 13th day of December, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION FOR TERMINATION - 2