JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL DENNIS SOUTHERLAND,<br><br>Defendant. | No. CR18-106-RSL<br><br>ORDER GRANTING RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter has come before the Court on Daniel Southerland's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Daniel Southerland's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

DATED this 31st day of May, 2023.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Daniel Southerland

ORDER GRANTING RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE
(*U.S. v. Southerland*, CR18-106-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100